IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JERRI JONES                                                                                      PLAINTIFF

V.                              CASE NO. 3:20-CV-00193-JTK

COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 14th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE